**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**MARTIN STURGEON, JR.,**

**Defendant.**                                                       **No. 09-30098-DRH**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

Before the Court is Defendant Martin Sturgeon, Jr.'s motion for additional time to file pretrial motions (Doc. 28). Defendant argues that his counsel recently received discovery from the Government and has not had a chance to review the discovery or confer with Defendant regarding the discovery and possible pretrial motions. Defendant requests an additional fourteen (14) days in which to file pretrial motions. Based on the reasons set out in the motion, the Court **GRANTS** Defendant's motion for additional time to file pretrial motions (Doc. 28). Defendant will have to and including **September 10, 2009** in which to file any pretrial motions.

**IT IS SO ORDERED.**

Signed this 1st day of September, 2009.

/s/     *David R Herndon*
**Chief Judge
United States District Court**