IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**MARTIN STURGEON, JR.,**
**GREGORY L. STURGEON,**

**Defendant.**                                                           No. 09-30098-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court are two motions to continue trial filed by Defendants Martin Sturgeon, Jr. (Doc. 31) and Gregory L. Sturgeon (Doc. 32). The Government has no objections to either motion to continue. Defendant Martin Sturgeon argues that he is engaged in plea negotiations but needs additional time to complete negotiations. Forcing the parties to trial on a case that appears to have great potential to resolve amicably would be a great miscarriage of justice. Further, Defendant Gregory L. Sturgeon asks that the trial be continued as his counsel is scheduled to be in another trial in this district on the same date as the above captioned matter. The Court finds that the trial should be postpone in order to allow Defendant's current counsel the opportunity to represent Defendant. Further, failure to grant a continuance would unreasonably deny Defendant continuity of counsel. In addition, the Court finds that pursuant to **18 U.S.C. § 3161 (h)(7)(A)**, the ends of justice served by the granting of such a continuance outweigh the best

interests of the public and *all* defendants in a speedy trial.

Therefore, the Court **GRANTS** Defendant Martin Sturgeon, Jr.'s Motion to Continue Trial (Doc. 31) and Defendant Gregory L. Sturgeon's Motion for Continuance of Trial Date (Doc. 32). The Court **CONTINUES** the jury trial *as to both Defendants* currently scheduled for October 5, 2009 until **November 2, 2009 at 9:00 a.m.** The continuance applies to both Defendants. ***United States v. Baker*, 40 F.3d 154, 159 (7th Cir. 1994) ("'Under §3161(h)(7), the excludable delay of one defendant may be ascribed to all codefendants in the same case, absent severance'") (quoting *United States v. Tanner*, 941 F.2d 574, 580 (7th Cir. 1991), *cert. denied*, 502 U.S. 1102, 112 S. Ct. 1190, 117 L.Ed. 2d 432 (1992))**. The time from the date Defendant's motion was filed, September 25, 2009, until the date on which the trial is rescheduled, November 2, 2009, is excludable for purposes of a speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 28th day of September, 2009.

/s/     *David R Herndon*
**Chief Judge
United States District Court**