IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARTIN STURGEON, JR.,

Defendant.                                                No. 09-30098-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is an Unopposed Motion for Continue Sentencing (Doc. 46) filed by Defendant Martin Sturgeon, Jr. Defendant requests that the Court continue the sentencing hearing currently set for February 19, 2010 because Defendant has not had sufficient time to fulfill the obligations he undertook pursuant to his plea agreement and needs additional time to fulfill those obligations. The Government does not oppose the motion. Based on the reasons in the motion, the Court **GRANTS** Defendant's Unopposed Motion for Continue Sentencing (Doc. 46). The sentencing hearing currently set for February 19, 2010 is **CONTINUED** until **April 9, 2010 at 1:30 p.m.**

**IT IS SO ORDERED.**

Signed this 12th day of February, 2010.

/s/ *David R. Herndon*
**Chief Judge**
**United States District Court**